**Appeal No. 2013-1454**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

PROMEGA CORPORATION,

*Plaintiff-Appellee,*

v.

APPLIED BIOSYSTEMS, LLC,
LIFE TECHNOLOGIES CORPORATION, AND CALIFORNIA INSTITUTE OF TECHNOLOGY,

*Defendants-Appellants.*

Appeal from the United States District Court for the Northern District of Illinois in case no. 13-cv-2333, Circuit Judge Richard A. Posner

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION TO WITDRAW BRIAN S. CARTER AS ATTORNEY OF RECORD**

Plaintiff-Appellee Promega Corporation ("Promega"), by and through its undersigned counsel, hereby moves to withdraw Brian S. Carter as counsel of record in the above-entitled proceeding, consistent with United States Court of Appeals for the Federal Circuit Rules of Practice, Rule 47.3(c)(5).

75443481.1

As of January 4, 2014, Brian S. Carter will no longer be employed by Robins, Kaplan, Miller & Ciresi. Promega continues to be represented by Robins, Kaplan, Miller & Ciresi.

### FEDERAL CIRCUIT RULE 27(A)(5) STATEMENT OF NON-OPPOSITION

All parties stated that they would not oppose this motion.

Dated:  January 2, 2013          Respectfully submitted,

/s/ Cyrus A. Morton

Martin R. Lueck
Cyrus A. Morton
Matthew B. McFarlane
Sharon E. Roberg-Perez
Brian S. Carter
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota  55402
Telephone:     (612) 349-8500
Facsimile:     (612) 339-4181

*Attorneys for Plaintiff-Appellee*
*Promega Corporation*

75443481.1

## **CERTIFICATE OF INTEREST**

Counsel for Plaintiff-Appellee Promega Corporation certifies as follows:

1. The full name of every party or amicus represented by us is:

   Promega Corporation

2. The name of the real party of interest represented by us is:

   Promega Corporation

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   None

4. The names of all law firms and the partners or associates that appeared for the party now represented by us in the trial court or are expected to appear in this Court are:

   Martin R. Lueck
   Cyrus A. Morton
   Sharon E. Roberg-Perez
   Denise S. Rahne
   Brian S. Carter
   Li Zhu
   Robins, Kaplan, Miller & Ciresi LLP
   800 LaSalle Avenue, Suite 2800
   Minneapolis, MN  55402

   Ronald M. Daignault
   Matthew B. McFarlane
   Robins, Kaplan, Miller & Ciresi LLP
   601 Lexington Avenue, 34th Floor
   New York, New York  10022


   James R. Troupis
   Sarah E. Troupis

75443481.1

Troupis Law Office LLC
8500 Greenway Boulevard, Suite 200
Middleton, Wisconsin 53562

David L. Anstaett
Anne M. Readel
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI  53703-5118

Steven M. Lubezny
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603-5559

Dated:  January 2, 2014           Respectfully submitted,


                                  /s/ Cyrus A. Morton

Martin R. Lueck
Cyrus A. Morton
Matthew B. McFarlane
Sharon E. Roberg-Perez
Brian S. Carter
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota  55402
Telephone:     (612) 349-8500
Facsimile:      (612) 339-4181


*Attorneys for Plaintiff-Appellee*
*Promega Corporation*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2014, I filed or caused to be filed Plaintiff-Appellee's Unopposed Motion to Withdraw Brian S. Carter as Attorney of Record with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system and electronic mail.

Dated:  January 2, 2014			Respectfully submitted,

/s/ Cyrus A. Morton

Martin R. Lueck
Cyrus A. Morton
Matthew B. McFarlane
Sharon E. Roberg-Perez
Brian S. Carter
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota  55402
Telephone:     (612) 349-8500
Facsimile:      (612) 339-4181

*Attorneys for Plaintiff-Appellee*
*Promega Corporation*

75443481.1